UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH M. VOSS,<br>Plaintiff,<br>v.<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO,<br>Defendant. | Case No. 2:26-cv-1949-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 17, 21, 23, 24) |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 11, 2026, the magistrate judge filed findings and recommendations, recommending that Plaintiff's fourth amended complaint be dismissed without further leave to amend. ECF No. 21. Those findings and recommendations were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.

Plaintiff filed objections on September 14, 2026. ECF No. 22. In those objections, Plaintiff objects that the magistrate judge referred to the defendants as "certain individuals in the [superior court] clerk's office," as opposed to referencing Defendant Hassan Alleyne by name. (*Id.* at 11.) That objection is not availing, however, because the magistrate judge's analysis regarding quasi-judicial immunity still applies to Defendant Alleyne (the operations

manager/court supervisor). The court has also considered Plaintiff's objections to the immunity analysis in the findings and recommendations, but the magistrate judge correctly applied the legal standards and properly concluded that the named defendants are entitled to judicial immunity and thus, granting further leave to amend would be futile. Plaintiff's remaining objections likewise do no provide a basis upon which to reject the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed September 11, 2026, ECF No. 21, are ADOPTED;
2. Plaintiff's fourth amended complaint, ECF No. 16, is DISMISSED without leave to amend;
3. Plaintiff's motion for a temporary restraining order, ECF No. 17, is DENIED;
4. Plaintiff's pending motions (ECF Nos. 23, 24) are DENIED as having been rendered moot by this order; and
5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge